**Stuart B. Wolfe (SBN 156471)**
*sbwolfe@wolfewyman.com*
**Joshua M. Bryan (SBN 225230)**
*jmbryan@wolfewyman.com*
**WOLFE & WYMAN LLP**
**980 Ninth Street, Suite 2350**
**Sacramento, CA 95814**
**Telephone:  (916) 912-4700**
**Facsimile:   (916) 329-8905**

**Attorneys for Defendant**
**DITECH FINANCIAL LLC**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBONG INYANG,<br><br>  Plaintiff,<br><br>  v.<br><br>DITECH FINANCIAL LLC, et al.<br><br>  Defendants. | Case No. 2:18-cv-02511-JAM-EFB<br><br>**ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

GOOD CAUSE APPEARING, pursuant to the Stipulation between Plaintiff and Defendant DITECH FINANCIAL LLC,

IT IS HEREBY ORDERED that the time for Defendant DITECH FINANCIAL LLC to respond to Plaintiff's Complaint shall be and hereby is extended up to and including November 21, 2018.

**IT IS SO ORDERED.**

DATED:  11/2/2018

/s/ John A. Mendez

United States District Court Judge