# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBONG INYANG,<br><br>Plaintiff,<br><br>v.<br><br>DITECH FINANCIAL LLC, et al.,<br><br>Defendants. | Case No. 2:18-cv-02511-JAM-EFB<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION ON DEFENDANT DITECH FINANCIAL LLC'S DEADLINE TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |

GOOD CAUSE APPEARING, pursuant to the Stipulation between Plaintiff and Defendant DITECH FINANCIAL LLC,

IT IS HEREBY ORDERED that the time for Defendant DITECH FINANCIAL LLC to file a responsive pleading to Plaintiff's Complaint shall be and hereby is extended up to and including December 5, 2018.

**IT IS SO ORDERED.**

DATED: 11/20/18          /s/ John A. Mendez_____

                         John A. Mendez, U.S. District Court Judge

1

[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION ON DITECH'S DEADLINE TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

3218478.1