Heather M. Shumaker, Esq.  (IN #28340-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  hshumaker@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*

Eileen T. Booth, Esq. (CSB #182974)
Kurtis J. Anders, Esq. (CSB #269333)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA  95825
Telephone:  916-971-4100
Fax:  916-971-4150
E-Mail:  ebooth@jacobsenmcelroy.com
            kanders@jacobsenmcelroy.com

*Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UBONG INYANG,<br>            Plaintiff,<br><br>    vs.<br><br>DITECH FINANCIAL LLC and TRANS UNION LLC,<br>            Defendants. | CASE NO. 2:18-cv-02511-JAM-EFB<br><br>**STIPULATION FOR EXTENSION OF DEFENDANT TRANS UNION, LLC'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendant Trans Union, LLC ("Trans Union"), by counsel and Plaintiff, Ubong Inyang, by counsel, hereby stipulate and agree that Trans Union's deadline to file a responsive pleading to Plaintiff's Complaint shall be and hereby is extended up to and including December 14, 2018.

**STIPULATION FOR EXTENSION OF DEFENDANT TRANS UNION, LLC'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT – 2:18-CV-02511-JAM-EFB**

| | | |
|---|---|---|
| Date: <u>November 30, 2018</u> | | */s/ Clark Ovruchesky (as authorized on 11/28/18)* |

Clark Ovruchesky, Esq.
Law Office of Clark Ovruchesky
3148 Midway Drive, Suite 203
San Diego, CA  92110
Telephone:  (619) 356-8960
Fax:  (619) 330-7610
E-Mail:  co@colawcalifornia.com

*Counsel for Ubong Inyang*


Date:  <u>November 30, 2018</u>         */s/ Heather M. Shumaker*

Heather M. Shumaker, Esq.  (IN #28340-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail: hshumaker@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*


Eileen T. Booth, Esq. (CSB #182974)
Kurtis J. Anders, Esq. (CSB #269333)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA  95825
Telephone:  916-971-4100
Fax:  916-971-4150
E-Mail:   ebooth@jacobsenmcelroy.com
              kanders@jacobsenmcelory.com

*Local Counsel for Defendant Trans Union, LLC*

**STIPULATION FOR EXTENSION OF DEFENDANT TRANS UNION, LLC'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT – 2:18-CV-02511-JAM-EFB**

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Defendant, Trans Union, LLC's deadline to respond to Plaintiff's Complaint shall be and hereby is extended up to and including December 14, 2018.

Date: November 30, 2018        /s/ John A. Mendez
                               JUDGE, United States District Court,
                               Eastern District of California

**STIPULATION FOR EXTENSION OF DEFENDANT TRANS UNION, LLC'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT – 2:18-CV-02511-JAM-EFB**