**Stuart B. Wolfe (SBN 156471)**
*sbwolfe@wolfewyman.com*
**Matthew S. Vesterdahl (SBN 279769)**
*msvesterdahl@wolfewyman.com*
**WOLFE & WYMAN LLP**
**2301 Dupont Drive, Suite 300**
**Irvine, California 92612-7531**
**Telephone: (949) 475-9200**
**Facsimile: (949) 475-9203**

**Attorneys for Defendant**
**DITECH FINANCIAL LLC**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBONG INYANG, | CASE NO.: 2:18-CV-02511-JAM-EFB |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |
| DITECH FINANCIAL LLC, et al., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a), and subject to approval and order of the Court as provided below, the undersigned parties hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees and costs, and request that the Court enter an Order dismissing this action with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

DATED: November 19, 2019          WOLFE & WYMAN LLP


By: /s/ *MATTHEW S. VESTERDAHL*
    STUART B. WOLFE
    MATTHEW S. VESTERDAHL
Attorneys for Defendant
**DITECH FINANCIAL LLC**

| | | |
|---|---|---|
| 1 | DATED: November 19, 2019 | C.O. LAW, APC |
| 2 | | |
| 3 | | By: /s/ *CLARK OVRUCHESKY* |
| 4 | | Attorneys for Plaintiff **UBONG INYANG** |

### ORDER

The foregoing Stipulation of the parties is accepted and approved, and this action is hereby dismissed with prejudice, with each party to bar its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: November 20, 2019        /s/ John A. Mendez

United States District Court Judge